

**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT



QUINCY BEDFORD I LLC
DIP 1-21-42999
3284 N 29TH CT
HOLLYWOOD FL  33020

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Mar 01 2022-Mar 31 2022 |
| Cust Ref #: | XXXXX2438-039-T-### |
| Primary Account #: | XXXXX2438 |

## Overdraft Policy Change Effective April 8, 2022

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access:  TD is making changes to reduce Customer overdraft fees:  Instead of charging an overdraft fee if you overdraw your account by greater than $10, you may now overdraw your account by up to $50 without TD charging you an overdraft fee.

For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis.  Please contact your Treasury Management Officer for further details.

## Chapter 11 Checking

QUINCY BEDFORD I LLC
DIP 1-21-42999

Account # XXXXXX2438

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1.00 | Average Collected Balance | 3,900.46 |
| Deposits | 5,590.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 955.48 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 4,635.52 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | DEPOSIT | 5,590.00 |
| | Subtotal: | 5,590.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/18 | ELECTRONIC PMT-WEB, NATIONAL GRID NY UTILITYPAY ****6134620 | 955.48 |
| | Subtotal: | 955.48 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 1.00 | 03/18 | 4,635.52 |
| 03/07 | 5,591.00 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender